788

RUTLEDGE took no part in the consideration or decision of this application. *Messrs. John Wattawa* and *V. O. Hill* for petitioner. *Mr. Richard E. Wellford* for respondent.

No. 805. WOOD ET AL. *v.* TAWES, COMPTROLLER, ET AL. April 12, 1943. Petition for writ of certiorari to the Court of Appeals of Maryland denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. A. F. Prescott, Jr., Jo. V. Morgan,* and *Clarence E. Dawson* for petitioners. *Mr. William C. Walsh,* Attorney General of Maryland, for respondents.

No. 817. W. C. & A. N. MILLER DEVELOPMENT Co. *v.* EMIG PROPERTIES CORP. April 12, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. George C. Gertman* for petitioner. *Mr. Byron G. Carson* for respondent.

No. 795. CREBS *v.* AMRINE, WARDEN. April 12, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Cecil C. Crebs, pro se.*

No. 825. CARPENTER *v.* ERIE RAILROAD Co. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Laurie J. Carpenter, pro se.*